## Pagnotti Unemployment Compensation Case.

Argued March 18, 1971. *Ralph P. Carey*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, with him *J. Shane Creamer*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

HOFFMAN, J., absent.

## Perno *v.* Peetros (et al., Appellants).

Argued March 15, 1971. *Louis Kassen*, for appellants; *J. Ledwich*, with him *Murray C. Goldman*, for appellee.

Judgment affirmed.

## Pickel *v.* F-M Oil Company, Appellant.

Argued March 18, 1971. *George Windsor Tracy*, for appellant; *Thomas J. Profy, III*, with him *Begley, Carlin, Mandio, Kelton & Popkin*, for appellee.

Order affirmed.

HOFFMAN, J., absent.